SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
Four Embarcadero Center, Seventeenth Floor
San Francisco, California 94111
Telephone:  415-434-9100
Facsimile:  415-434-3947
AARON J. MALO, Cal. Bar No. 179985
amalo@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714-513-5100
Facsimile:  714-513-5130
CARREN B. SHULMAN (*admitted in New York*)
cshulman@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112
Telephone:  212-653-8700
Facsimile:  212-653-8701

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re: | Case No. 8:10-bk-27571 |
|---|---|
| MMFX STEEL CORPORATION OF AMERICA, | Chapter 11 |
| Debtor. | ***EX PARTE* APPLICATION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**<br><br>[No Hearing Required] |

-1-

W02-WEST:3MAW1\403140425.1

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

MMFX Steel Corporation of America, a Nevada corporation, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), hereby applies to the Court for an order, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the joint administration of the Debtor's chapter 11 case with the pending cases of MMFX Canadian Holdings, Inc. ("Canadian"), MMFX International Holdings, Inc. ("International"), MMFX Technologies Corporation ("Technologies") and Fasteel Corporation ("Fasteel") (collectively, the "Related MMFX Entities" or the "Debtors"), and the consolidation thereof for procedural purposes only.

This Application is supported by the *Declaration of Michael W. Pompay* filed of even date herewith. The Debtor respectfully represents as follows:

1. On January 5, 2010, both Canadian and International commenced chapter 11 cases by filing voluntary petitions for relief under title 11 of chapter 11 of the Bankruptcy Code (Case Nos. 10-bk-10083 and 10-bk-10085, respectively).

2. Canadian's and International's cases are currently jointly administered.

3. On December 14, 2010, the Debtor commenced its chapter 11 case by filing a voluntary petition for relief under title 11 of chapter 11 of the United States Code (the "Bankruptcy Code").

4. On December 14, 2010, both Technologies and Fasteel commenced their chapter 11 cases by filing voluntary petitions for relief under title 11 of chapter 11 of the Bankruptcy Code.

5. The Debtors continue in possession of their respective estates and are operating and managing their businesses as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

6. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

-2-

W02-WEST:3MAW1\403140425.1

7.    Bankruptcy Rule 1015(b) provides that if two or more petitions are pending in the same court by or against a debtor and an affiliate "the court may order a joint administration of the estates."

8.    Technologies owns 100% of the interest in the Debtor, Fasteel, and International. International owns 100% of the interest in Canadian. Each of the entities are "affiliates" as that term is defined under § 101(2) of the Bankruptcy Code.

9.    The Debtors each share the same primary creditor, Fourth Third LLC ("Fourth Third"), by virtue of the Debtors' guarantees of a certain loan made by Fourth Third to affiliates of the Debtors.

10.    The Debtors will be represented by the same chapter 11 counsel. Although it is expected that the Debtors will file a joint reorganization plan, each Debtor will file separate creditor matrices, schedules, statements of financial affairs, and monthly operating reports. In addition, the Debtors will request that proofs of claim be filed under the case number of the applicable Debtor.

11.    The joint administration of these affiliated Debtors' chapter 11 cases will permit the Clerk of the Court to utilize a single general docket for these cases. The Debtors anticipate that numerous notices, applications, motions, hearings and orders in these cases will affect all of the Debtors. Further, joint administration will permit counsel for all parties in interest to include the Debtors' respective estates in a single caption on the numerous documents that will be served and filed herein, thus enabling parties in interest in all of the cases to be apprised of the various matters before the Court.

12.    Attached hereto as Exhibit A is a proposed caption for all pleadings, notices, orders and other filed documents in these cases.

13.    The entry of an order of joint administration will significantly reduce the volume of paper that would otherwise be filed with this Court, make the completion of various administrative tasks less costly, and minimize delays. Additionally, because this is not a motion for the substantive consolidation of the Debtors' estates, the rights of parties

1 | in interest will not be prejudiced in any way by the entry of an order directing the joint
2 | administration of the Debtors' cases.

3 |     14.    WHEREFORE, the Debtor requests entry of an order authorizing the
4 | joint administration of its case with the chapter 11 cases of the Related MMFX Entities for
5 | procedural purposes only, approving the proposed form of caption set forth on Exhibit A
6 | hereto, and granting such other and further relief as may be just.

Dated: December 14, 2010

                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                        By      /s/ *Ori Katz*
                                  ORI KATZ

                        Proposed Bankruptcy Reorganization Counsel for
                            Debtors and Debtors-in-Possession

-4-

W02-WEST:3MAW1\403140425.1

# EXHIBIT A

```
 1 │ SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   │    A Limited Liability Partnership
 2 │    Including Professional Corporations
   │ CARREN B. SHULMAN (admitted in New York)
 3 │ AARON J. MALO, Cal. Bar No. 179985
   │ ORI KATZ, Cal. Bar No. 209561
 4 │ 650 Town Center Drive, 4th Floor
   │ Costa Mesa, California  92626-1993
 5 │ Telephone:    714-513-5100
   │ Facsimile:    714-513-5130
 6 │
   │ Attorneys for Debtors and Debtors-in-Possession
 7 │
   │            UNITED STATES BANKRUPTCY COURT
 8 │
   │            CENTRAL DISTRICT OF CALIFORNIA
 9 │
   │                   SANTA ANA DIVISION
10 │
```

| | |
|---|---|
| In re: | Case No. |
| MMFX CANADIAN HOLDINGS, INC., | Jointly Administered with Case Nos.: 10-bk-10083; 10-bk-10085; |
| Debtor. | Chapter 11 |
| In re: | |
| MMFX INTERNATIONAL HOLDINGS,, INC. | |
| Debtor. | |
| In re: | |
| MMFX TECHNOLOGIES CORPORATION, | |
| Debtor. | |
| In re: | |
| MMFX STEEL CORPORATION OF AMERICA, | |
| Debtor. | |
| In re: | |
| FASTEEL CORPORATION, | |
| Debtor. | |

EXHIBIT A

W02-WEST:3MAW1\403140425.1