1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2    Including Professional Corporations
   ORI KATZ, Cal. Bar No. 209561
3  okatz@sheppardmullin.com
   AARON J. MALO, Cal. Bar No. 179985
4  amalo@sheppardmullin.com
   CARREN B. SHULMAN (*admitted in New York*)
5  cshulman@sheppardmullin.com
   650 Town Center Drive, 4th Floor
6  Costa Mesa, California  92626-1993
   Telephone:    714-513-5100
7  Facsimile:    714-513-5130

8  Proposed Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re | Case No. 8:10-bk-27571-RK |
|---|---|
| MMFX Steel Corporation of America, | |
| Debtor. | Chapter 11 |
| | **AMENDED STATEMENT OF FINANCIAL AFFAIRS – ITEM 3(c)** |

W02-EAST:5KES1\200369200.1                              AMENDMENT

MMFX Steel Corporation of America, the debtor and debtor-in-possession (the "Debtor"), hereby amends its Statement of Financial Affairs as filed on January 18, 2011, by supplementing the information listed under subparagraph "c" of paragraph number 3 of its Statement of Financial Affairs ("Supplement 3c").  A copy of Supplement 3c is attached as Exhibit A and Exhibit B to this notice.

<u>Summary of Changes to Paragraph 3</u>

Exhibit A and Exhibit B each provide a listing of the transfers from the Debtor to its affiliates MMFX Technologies Corporation and to Fasteel Corporation, respectively, which transfers were made within one year of the Debtor's bankruptcy filing.

<u>Notice</u>

The Debtor will serve this notice on (i) the Office of the United States Trustee; (ii) the Official Committee of Unsecured Creditors and its counsel, and (iii) parties who requested special notice.

Dated: January 26, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Ori Katz*
ORI KATZ

Proposed Attorneys for Debtors

-1-

**EXHIBIT A**

**MMFX Steel Corporation of America**
Case No.8:10-bk-27571

**Supplemental Response to Q3c**
**Transfers to MMFX Technologies Corporation made within 1 year immediately preceding the commencement of the case**

| Tran | Tran Date | Post Date | Description | Amount |
|---|---|---|---|---:|
| 0012240901-CK | 12/24/2009 | 12/31/2009 | ZBA Transfer from STL To TCH | 23,627.89 |
| 0012290905-CK | 12/29/2009 | 12/31/2009 | ZBA Transfer from STL To TCH | 2,073.53 |
| 0000123009-CK | 12/30/2009 | 12/31/2009 | ZBA Transfer from STL To TCH | 306,797.41 |
| 0012030901-CK | 12/31/2009 | 12/31/2009 | ZBA Transfer from STL To TCH | 12,169.81 |
| 0000011210-CK | 1/7/2010 | 1/31/2010 | ZBA Transfer from STL To TCH | 55,544.64 |
| 0000011510-CK | 1/15/2010 | 1/31/2010 | ZBA Transfer from STL To TCH | 179,719.42 |
| 0000012010-CK | 1/20/2010 | 1/31/2010 | ZBA Transfer from STL To TCH | 21,534.40 |
| 0000012910-CK | 1/29/2010 | 1/31/2010 | ZBA Transfer from STL To TCH | 122,698.40 |
| 0000010510-CK | 1/31/2010 | 1/31/2010 | ZBA Transfer from STL To TCH | 10,787.66 |
| 0001141001-CK | 1/31/2010 | 1/31/2010 | ZBA Transfer from STL To TCH | 30,557.31 |
| 0000020310-CK | 2/3/2010 | 2/28/2010 | ZBA Transfer from STL to TCh | 18,958.61 |
| 0000020510-CK | 2/9/2010 | 2/28/2010 | ZBA Transfer from STL to TCh | 108,909.67 |
| 0000021710-CK | 2/17/2010 | 2/28/2010 | ZBA Transfer from STL to TCh | 7,559.18 |
| 0000021910-CK | 2/19/2010 | 2/28/2010 | ZBA Transfer from STL to TCh | 31,664.54 |
| 0002221001-CK | 2/22/2010 | 2/28/2010 | ZBA Transfer from STL to TCh | 96,568.63 |
| 0000022410-CK | 2/24/2010 | 2/28/2010 | ZBA Transfer from STL to TCh | 1,100.99 |
| 0000022510-CK | 2/25/2010 | 2/28/2010 | ZBA Transfer from STL to TCh | 690.42 |
| 0000022610-CK | 2/26/2010 | 2/28/2010 | ZBA Transfer from STL to TCh | 10,201.92 |
| 0003011001-CK | 3/1/2010 | 3/31/2010 | ZBA Transfer from STL to TCH | 110,231.97 |
| 0003031001-CK | 3/3/2010 | 3/31/2010 | ZBA Transfer from STL to TCH | 326,549.41 |
| 0003121001-CK | 3/12/2010 | 3/31/2010 | ZBA Transfer from STL to TCH | 15,077.62 |
| 0003171001-CK | 3/17/2010 | 3/31/2010 | ZBA Transfer from STL to TCH | 138,471.22 |
| 0000031910-CK | 3/19/2010 | 3/31/2010 | ZBA Transfer from STL to TCH | 59,314.98 |
| 0003241001-CK | 3/24/2010 | 3/31/2010 | ZBA Transfer from STL to TCH | 995.25 |
| 0003291001-CK | 3/29/2010 | 3/31/2010 | ZBA Transfer from STL to TCH | 94,210.61 |
| 0003301001-CK | 3/31/2010 | 3/31/2010 | ZBA Transfer from STL to TCH | 5,691.59 |
| 0000040210-CK | 4/2/2010 | 4/30/2010 | ZBA Transfer from STL to TCH | 14,973.45 |
| 0000040710-CK | 4/7/2010 | 4/30/2010 | ZBA Transfer from STL to TCH | 10,937.74 |
| 0000040910-CK | 4/9/2010 | 4/30/2010 | ZBA Transfer from STL to TCH | 23,334.23 |
| 0000041310-CK | 4/13/2010 | 4/30/2010 | ZBA Transfer from STL to TCH | 15,349.87 |
| 0000041610-CK | 4/16/2010 | 4/30/2010 | ZBA Transfer from STL to TCH | 21,141.67 |
| 0000042110-CK | 4/21/2010 | 4/30/2010 | ZBA Transfer from STL to TCH | 7,342.82 |
| 0000042310-CK | 4/23/2010 | 4/30/2010 | ZBA Transfer from STL to TCH | 8,698.19 |
| 0000042810-CK | 4/28/2010 | 4/30/2010 | ZBA Transfer from STL to TCH | 226,473.26 |
| 0005061001-CK | 5/6/2010 | 5/31/2010 | ZBA transfer from STL to TCH | 114,217.23 |
| 0000051210-CK | 5/12/2010 | 5/31/2010 | ZBA transfer from STL to TCH | 184,611.88 |
| 0000051910-CK | 5/19/2010 | 5/31/2010 | ZBA transfer from STL to TCH | 5,206.15 |
| 0000052110-CK | 5/21/2010 | 5/31/2010 | ZBA transfer from STL to TCH | 82.74 |

**Supplemental Response to Q3c**
**Transfers to MMFX Technologies Corporation made within 1 year immediately preceding the commencement of the case**

| Tran | Tran Date | Post Date | Description | Amount |
|---|---|---|---|---|
| 0000052610-CK | 5/26/2010 | 5/31/2010 | ZBA transfer from STL to TCH | 205,460.40 |
| 0000052810-CK | 5/28/2010 | 5/31/2010 | ZBA transfer from STL to TCH | 16,692.62 |
| 0000050410-CK | 5/31/2010 | 5/31/2010 | ZBA transfer from STL to TCH | 222,274.22 |
| 0000060110-CK | 6/1/2010 | 6/30/2010 | ZBA Transfer from STL to TCH | 9,189.71 |
| 0000060310-CK | 6/3/2010 | 6/30/2010 | ZBA Transfer from STL to TCH | 138,096.62 |
| 0000060710-CK | 6/7/2010 | 6/30/2010 | ZBA Transfer from STL to TCH | 23,899.13 |
| 0000061110-CK | 6/11/2010 | 6/30/2010 | ZBA Transfer from STL to TCH | 71,148.93 |
| 0000061610-CK | 6/16/2010 | 6/30/2010 | ZBA Transfer from STL to TCH | 69,350.14 |
| 0006231010-CK | 6/23/2010 | 6/30/2010 | ZBA Transfer from STL to TCH | 96,767.83 |
| 0000062910-CK | 6/29/2010 | 6/30/2010 | ZBA Transfer from STL to TCH | 75,505.31 |
| 0000061810-CK | 6/30/2010 | 6/30/2010 | ZBA Transfer from STL to TCH | 42,399.73 |
| 0000062310-CK | 6/30/2010 | 6/30/2010 | ZBA Transfer from STL to TCH | 14,417.81 |
| 0000063010-CK | 6/30/2010 | 6/30/2010 | ZBA Transfer from STL to TCH | 1,327.41 |
| 0000070210-CK | 7/2/2010 | 7/30/2010 | ZBA Transfer from STL to TCH | 3,606.75 |
| 0000070710-CK | 7/7/2010 | 7/30/2010 | ZBA Transfer from STL to TCH | 9,212.10 |
| 0000070810-CK | 7/8/2010 | 7/30/2010 | ZBA Transfer from STL to TCH | 35,096.03 |
| 0000071210-CK | 7/12/2010 | 7/30/2010 | ZBA Transfer from STL to TCH | 34,552.89 |
| 0000071510-CK | 7/15/2010 | 7/30/2010 | ZBA Transfer from STL to TCH | 70,291.49 |
| 0000071910-CK | 7/19/2010 | 7/30/2010 | ZBA Transfer from STL to TCH | 1,942.22 |
| 0000072110-CK | 7/21/2010 | 7/30/2010 | ZBA Transfer from STL to TCH | 43,458.08 |
| 0000072710-CK | 7/27/2010 | 7/30/2010 | ZBA Transfer from STL to TCH | 24,647.82 |
| 0000073010-CK | 7/30/2010 | 7/30/2010 | ZBA Transfer from STL to TCH | 20,141.72 |
| 0000008201-CK | 8/2/2010 | 8/31/2010 | ZBA Transfer from STL To TCH | 26,491.52 |
| 0000080510-CK | 8/5/2010 | 8/31/2010 | ZBA Transfer from STL To TCH | 198,661.63 |
| 0000080610-CK | 8/6/2010 | 8/31/2010 | ZBA Transfer from STL To TCH | 45,840.00 |
| 0000081010-CK | 8/10/2010 | 8/31/2010 | ZBA Transfer from STL To TCH | 45,409.97 |
| 0000081110-CK | 8/11/2010 | 8/31/2010 | ZBA Transfer from STL To TCH | 63,030.80 |
| 0000081210-CK | 8/12/2010 | 8/31/2010 | ZBA Transfer from STL To TCH | 72,730.65 |
| 0000081610-CK | 8/16/2010 | 8/31/2010 | ZBA Transfer from STL To TCH | 110,992.75 |
| 0000081810-CK | 8/18/2010 | 8/31/2010 | ZBA Transfer from STL To TCH | 60,312.20 |
| 0000082010-CK | 8/20/2010 | 8/31/2010 | ZBA Transfer from STL To TCH | 79,191.69 |
| 0000082310-CK | 8/23/2010 | 8/31/2010 | ZBA Transfer from STL To TCH | 52,788.00 |
| 0000082510-CK | 8/25/2010 | 8/31/2010 | ZBA Transfer from STL To TCH | 168,562.72 |
| 0000082610-CK | 8/26/2010 | 8/31/2010 | ZBA Transfer from STL To TCH | 38,717.65 |
| 0000082710-CK | 8/27/2010 | 8/31/2010 | ZBA Transfer from STL To TCH | 14,219.51 |
| 0000093010-CK | 9/30/2010 | 9/30/2010 | ZBA Transfer from STL To TCH | 743,876.95 |
| 0010311002-CK | 10/31/2010 | 10/31/2010 | ZBA Transfer from STL to TCH | 339,918.28 |
| 0011301002-CK | 11/30/2010 | 11/30/2010 | ZBA transfers from STL to TCH | 516,275.83 |
| 0012131010-CK | 12/13/2010 | 12/13/2010 | ZBA transfers from STL to TCH | 361,738.31 |
| | | | | **6,592,313.73** |

**EXHIBIT B**

**MMFX Steel Corporation of America**
Case No.8:10-bk-27571

**Supplemental Response to Q3c**

**Transfers to Fasteel Corporation made within 1 year immediately preceding the commencement of the case**

| Tran | Tran Date | Post Date | Description | Amount |
|---|---|---|---|---|
| 0010311001-CK | 10/31/2010 | 10/31/2010 | ZBA Transfer from STL to FAS | 3,648.77 |
| 0000113010-CK | 11/30/2010 | 11/30/2010 | ZBA transfers from STL to FAS | 714.02 |
| 0012131009-CK | 12/13/2010 | 12/13/2010 | ZBA Transfer from STL to FAS | 52.94 |
|  |  |  |  | **$4,415.73** |