UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>MMFX Steel Corporation of America<br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:    10-27571<br>Operating Report Number: 3<br>For the Month Ending:  February 28, 2011 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      912,365.68

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL      479,694.12
ACCOUNT REPORTS

3. BEGINNING BALANCE:      432,671.56

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
| --- | --- | --- |
| Accounts Recievable - Post Filing | | 677,175.53 |
| Accounts Recievable - Pre Filing | | 56,751.78 |
| General Sales - Misc. Cash Receipts | | 175,586.34 |
| Other (Specify) | DIP Financing Proceeds | 0.00 |
| **Other (Specify) | Deposit Transfers from Technologies | 0.00 |

TOTAL RECEIPTS THIS PERIOD:      909,513.65

5. BALANCE:      1,342,185.21

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)      101,969.39
Disbursements (from page 2)      544,208.54

TOTAL DISBURSEMENTS THIS PERIOD:***      646,177.93

7. ENDING BALANCE:      696,007.28

8. General Account Number(s):      8384620335, 2859835320 - pre petition (closed 02/11)
     329604803, 1329604837 - post petition

Depository Name & Location:      Wells Fargo Bank, N.A.  Irvine, CA

\*   All receipts must be deposited into the general account.
\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 2/28/2011 | 0000006138 | Absolute Comfort He | Capital Exp - moving | | 6,887.50 | 6,887.50 |
| 2/3/2011 | 0000006071 | ADT SECURITY SE | Security | | 125.01 | 125.01 |
| 2/3/2011 | 0000006072 | Aerotek | Temp Labor | | 820.80 | 820.80 |
| 2/10/2011 | 0000006096 | Aerotek | Temp Labor | | 1,026.00 | 1,026.00 |
| 2/17/2011 | 0000006110 | Aerotek | Temp Labor | | 1,641.60 | 1,641.60 |
| 2/1/2011 | 0000006068 | American Industries, | Rent | | 21,498.00 | 21,498.00 |
| 2/10/2011 | 0000006097 | American Industries, | Rent | | 1,277.74 | 1,277.74 |
| 2/25/2011 | 0002251103 | Applied Systems Ass | Computer services | | 1,014.08 | 1,014.08 |
| 2/17/2011 | 0000006111 | AT & T | Telephone | | 376.64 | 376.64 |
| 2/3/2011 | 0000006074 | AT&T | Telephone | | 225.41 | 225.41 |
| 2/28/2011 | 0002281101 | AT&T Mobility 9661 | Telephone | | 211.52 | 211.52 |
| 2/8/2011 | 0002091101 | Atlantic Logistics, In | Freight | | 600.00 | 600.00 |
| 2/9/2011 | 0002091102 | Atlantic Logistics, In | Freight | | 1,267.00 | 1,267.00 |
| 2/22/2011 | 0002221101 | Atlantic Logistics, In | Freight | | 1,267.00 | 1,267.00 |
| 2/22/2011 | 0002221102 | Atlantic Logistics, In | Freight | | 850.00 | 850.00 |
| 2/24/2011 | 0002241103 | Atlantic Logistics, In | Freight | | 100.00 | 100.00 |
| 2/28/2011 | 0000006139 | Baker Industrial Serv | Capital Exp - moving | | 39,670.72 | 39,670.72 |
| 2/3/2011 | 0000006076 | Bob Roller | Employee Reimbursement | | 2,154.00 | 2,154.00 |
| 2/3/2011 | 0000006077 | Cascade Natural Gas | Utilities | | 4,879.75 | 4,879.75 |
| 2/17/2011 | 0000006114 | Cascade Natural Gas | Utilities | | 4,946.83 | 4,946.83 |
| 2/10/2011 | 0002101101 | CMC Steel | Refund of mis deposit | | 174,940.06 | 174,940.06 |
| 2/22/2011 | 0002251107 | Concrete Reinforcing | Dues & Subscription | | 550.00 | 550.00 |
| 2/3/2011 | 0000006078 | Crane Amercia Servi | Safety manuals | | 1,618.50 | 1,618.50 |
| 2/17/2011 | 0000006115 | Culligan Of Jacksonv | water | | 18.85 | 18.85 |
| 2/10/2011 | 0000006099 | Daniel Brick | Employee Reimbursement | | 6,389.14 | 6,389.14 |
| 2/17/2011 | 0000006113 | Daniel Brick | Employee Reimbursement | | 421.87 | 421.87 |
| 2/3/2011 | 0000006091 | Dean Tucker | Employee Reimbursement | | 1,154.35 | 1,154.35 |
| 2/17/2011 | 0000006124 | Dean Tucker | Employee Reimbursement | | 1,454.92 | 1,454.92 |
| 2/24/2011 | 0000006134 | Dean Tucker | Employee Reimbursement | | 1,165.26 | 1,165.26 |
| 2/28/2011 | 0000022811 | Deluxe Checks | Supplies | | 125.87 | 125.87 |
| 2/17/2011 | 0000006116 | Dewey Pest Control | Pest control | | 108.00 | 108.00 |
| 2/24/2011 | 0002241101 | Fasteel | Transfer | 3,000.00 | | 3,000.00 |
| 2/3/2011 | 0000006080 | Federal Express | Postage | | 8.33 | 8.33 |
| 2/10/2011 | 0000006100 | Federal Express | Postage | | 14.32 | 14.32 |
| 2/3/2011 | 0000006079 | FedEx Riverside | Postage | | 17.31 | 17.31 |
| 2/17/2011 | 0000006117 | FedEx Riverside | Postage | | 34.62 | 34.62 |
| 2/24/2011 | 0000006126 | FedEx Riverside | Postage | | 34.42 | 34.42 |
| 2/3/2011 | 0000006081 | Fela Express, Inc. | Postage | | 75.00 | 75.00 |
| 2/22/2011 | 0000022211 | Florida Department o | Tax | | 895.20 | 895.20 |
| 2/10/2011 | 0000006101 | GE Capital | lease | | 3,402.73 | 3,402.73 |
| 2/25/2011 | 0002251102 | Godaddy.com | Dues & Subscription | | 1,019.75 | 1,019.75 |
| 2/28/2011 | 0000021511 | Harland Checks | Supplies | | 61.25 | 61.25 |
| 2/15/2011 | 0000006108 | Ion Duta | Consultant | | 2,000.00 | 2,000.00 |
| 2/1/2011 | 0000006069 | Jeanne Longley | Rent | | 1,000.00 | 1,000.00 |
| 2/7/2011 | 0000006094 | Jeanne Longley | Rent | | 156.54 | 156.54 |
| 2/3/2011 | 0000006090 | Jon Thompson | Employee Reimbursement | | 94.08 | 94.08 |
| 2/3/2011 | 0000006082 | Jo's Air Repair Servi | Repairs | | 250.00 | 250.00 |
| 2/28/2011 | 0000228111 | Kleenair Products, C | Supplies | | 459.14 | 459.14 |
| 2/25/2011 | 0002241104 | Kleenair Products, C | Supplies | | 791.50 | 791.50 |
| 2/22/2011 | 0002241105 | Kleenair Products, C | Supplies | | 532.02 | 532.02 |
| 2/24/2011 | 0000006127 | Lear Electric Co., Inc | Capital Exp - moving | | 2,958.78 | 2,958.78 |
| 2/16/2011 | 0000006106 | Lockton Companies | Insurance deposit | | 34,454.68 | 34,454.68 |
| 2/24/2011 | 0000006128 | Martinez Steel Corpo | rebar for resale | | 436.70 | 436.70 |
| 2/3/2011 | 0000006083 | McMaster-Carr Supp | Supplies | | 40.21 | 40.21 |
| 2/24/2011 | 0000006129 | McMaster-Carr Supp | Supplies | | 77.65 | 77.65 |
| 2/28/2011 | 0000006140 | Metro Machinery Rig | Capital Exp - moving | | 5,800.00 | 5,800.00 |

FORM 2 DISBURSEMENTS FROM MONTHLY ACCOUNTING FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 2/17/2011 | 0000006118 | Metrolift Propane | Utilities | | 89.54 | 89.54 |
| 2/1/2011 | 0002011101 | Michael J. Zambetti | Rent | | 26,131.39 | 26,131.39 |
| 2/25/2011 | 0000022511 | MMFX Technologies | Transfer | 15,000.00 | | 15,000.00 |
| 2/24/2011 | 0002241102 | MMFX Technologies | Transfer | 48,500.00 | | 48,500.00 |
| 2/25/2011 | 0002251101 | MMFX Technologies | Transfer | 35,000.00 | | 35,000.00 |
| 2/17/2011 | 0000021711 | Nebraska Dept. of Re | Tax | | 0.01 | 0.01 |
| 2/3/2011 | 0000006084 | NW Natural Gas | Utilities | | 5,251.64 | 5,251.64 |
| 2/24/2011 | 0000006130 | NW Natural Gas | Utilities | | 8.17 | 8.17 |
| 2/1/2011 | 0000006070 | Olive Partners | Rent | | 13,794.00 | 13,794.00 |
| 2/24/2011 | 0000006131 | ParaCorp Inc. DBA | legal filing | | 125.00 | 125.00 |
| 2/17/2011 | 0000006120 | Qwest | Telephone | | 470.00 | 470.00 |
| 2/3/2011 | 0000006086 | R & L Carriers, Inc. | Freight | | 262.93 | 262.93 |
| 2/3/2011 | 0000006085 | Randstad | Temp Labor | | 1,132.97 | 1,132.97 |
| 2/17/2011 | 0000006121 | Randstad | Temp Labor | | 661.58 | 661.58 |
| 2/24/2011 | 0000006133 | Randstad | Temp Labor | | 529.27 | 529.27 |
| 2/10/2011 | 0000006105 | Ranzo Taylor | Employee Reimbursement | | 2,102.37 | 2,102.37 |
| 2/17/2011 | 0000006123 | Ranzo Taylor | Employee Reimbursement | | 1,130.16 | 1,130.16 |
| 2/10/2011 | 0000006104 | Robert Powell | Employee Reimbursement | | 20.00 | 20.00 |
| 2/17/2011 | 0000006119 | Robert Powell | Employee Reimbursement | | 50.81 | 50.81 |
| 2/24/2011 | 0000006132 | Robert Powell | Employee Reimbursement | | 26.40 | 26.40 |
| 2/10/2011 | 0000021011 | S.B.,Inc. d/b/a Sherm | Freight | | 5,550.00 | 5,550.00 |
| 2/23/2011 | 0002242011 | S.B.,Inc. d/b/a Sherm | Freight | | 4,200.00 | 4,200.00 |
| 2/17/2011 | 0000006122 | Southern California I | Utilities | | 2,262.40 | 2,262.40 |
| 2/3/2011 | 0000006087 | Southland Waste Sys | Utilities | | 324.96 | 324.96 |
| 2/3/2011 | 0000006093 | Staples | Supplies | | 86.99 | 86.99 |
| 2/25/2011 | 0002251108 | Staples | Supplies | | 147.26 | 147.26 |
| 2/3/2011 | 0000006088 | Staples Business Adv | Supplies | | 85.59 | 85.59 |
| 2/28/2011 | 0000006141 | Steel Tech Enterprise | Capital Exp - moving | | 14,702.00 | 14,702.00 |
| 2/3/2011 | 0000006089 | Strapping Products, I | Supplies | | 132.68 | 132.68 |
| 2/3/2011 | 0000006073 | Tim Asterman | Employee Reimbursement | | 85.17 | 85.17 |
| 2/10/2011 | 0000006102 | Tracey Kleimeyer | bookkeeping | | 336.00 | 336.00 |
| 2/24/2011 | 0000006137 | Tracey Kleimeyer | bookkeeping | | 324.00 | 324.00 |
| 2/3/2011 | 0000006092 | United Parcel Service | Postage | | 19.43 | 19.43 |
| 2/24/2011 | 0000006135 | United Parcel Service | Postage | | 28.61 | 28.61 |
| 2/1/2011 | 0000006067 | United States Trustee | Court fee | | 975.00 | 975.00 |
| 2/10/2011 | 0000006107 | United Steel Fbricato | product for resale | | 420.00 | 420.00 |
| 2/10/2011 | 0000006106 | Wayne Wilson | Employee Reimbursement | | 172.34 | 172.34 |
| 2/17/2011 | 0000006125 | Wayne Wilson | Employee Reimbursement | | 890.44 | 890.44 |
| 2/11/2011 | 0002112011 | Wells Fargo Bank | bank fee | | 172.30 | 172.30 |
| 2/22/2011 | 0002251106 | Wells Fargo Bank | bank fee | | 25.00 | 25.00 |
| 2/11/2011 | 0020120111 | Wells Fargo Bank | bank fee | | 14.23 | 14.23 |
| 2/3/2011 | 0000006075 | William Geers | Employee Reimbursement | | 58.00 | 58.00 |
| 2/10/2011 | 0000006098 | William Geers | Employee Reimbursement | | 4,782.50 | 4,782.50 |
| 2/17/2011 | 0000006112 | William Geers | Employee Reimbursement | | 5,224.47 | 5,224.47 |
| 2/8/2011 | 0000006095 | Windstream | Telephone | | 534.94 | 534.94 |
| 2/2/2011 | ACH | Fidelity | Payroll | | 10,413.29 | 10,413.29 |
| 2/8/2011 | ACH | Fidelity | Payroll | | 12,803.28 | 12,803.28 |
| 2/11/2011 | ACH | Fidelity | Payroll | | 44,857.81 | 44,857.81 |
| 2/16/2011 | ACH | Fidelity | Payroll | | 10,814.97 | 10,814.97 |
| 2/23/2011 | ACH | Fidelity | Payroll | | 8,278.33 | 8,278.33 |
| 2/24/2011 | ACH | Fidelity | Payroll | | 30,299.66 | 8,278.33 |
| 2/2/2011 | ACH | MMFX Technologies | Transfer | 469.39 | | 469.39 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 101,969.39 | 544,208.54 | $624,156.60 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 2/28/2011 | Balance on Statement: | $765,991.12 |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                                0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 0000006089-CK | 2/3/2011 | 132.68 |
| 0000006104-CK | 2/10/2011 | 20.00 |
| 0000006119-CK | 2/17/2011 | 50.81 |
| 0000006131-CK | 2/24/2011 | 125.00 |
| 0000006135-CK | 2/24/2011 | 28.61 |
| 0000006130-CK | 2/24/2011 | 8.17 |
| 0000006132-CK | 2/24/2011 | 26.40 |
| 0000006134-CK | 2/24/2011 | 1,165.26 |
| 0000006128-CK | 2/24/2011 | 436.70 |
| 0000006126-CK | 2/24/2011 | 34.42 |
| 0000006129-CK | 2/24/2011 | 77.65 |
| 0002251108-CK | 2/25/2011 | 147.26 |
| 0000228111-CK | 2/28/2011 | 459.14 |
| 0000006139-CK | 2/28/2011 | 39,670.72 |
| 0000006138-CK | 2/28/2011 | 6,887.50 |
| 0000006140-CK | 2/28/2011 | 5,800.00 |
| 0000006141-CK | 2/28/2011 | 14,702.00 |
| 0002281101-CK | 2/28/2011 | 211.52 |

TOTAL OUTSTANDING CHECKS:                                          69,983.84

Bank statement Adjustments:                          _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                               $696,007.28

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS _____

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS _____

3. BEGINNING BALANCE: | 0.00 |

4. RECEIPTS DURING CURRENT PERIOD: _____
   (Transferred from General Account)

5. BALANCE: | 0.00 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:*** | 0.00 |

7. ENDING BALANCE: | 0.00 |

8. PAYROLL Account Number(s):       N/A _____

   Depository Name & Location: _____
                               _____
                               _____

**TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD**

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | N/A | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |
|---|---|---|---|---|

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____N/A_____          Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          | 0.00 |

Bank statement Adjustments:                                       _____
Explanation of Adjustments-

|                                                                  |
|                                                                  |

ADJUSTED BANK BALANCE:                                             | $0.00 |

I. CASH RECEIPTS AND DISBURSEMENTS

C. (TAX ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS     _____

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS     _____

3. BEGINNING BALANCE:     | 0 |

4. RECEIPTS DURING CURRENT PERIOD:     _____
   (Transferred from General Account)

5. BALANCE:     | 0.00 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:***     | 0.00 |

7. ENDING BALANCE:     | 0.00 |

8. TAX Account Number(s):     N/A _____

   Depository Name & Location: _____

# TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | N/A | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |
|---|---|---|---|---|

TAX ACCOUNT
## BANK RECONCILIATION

Bank statement Date:   N/A                Balance on Statement:   _____

Plus deposits in transit (a):

|    <u>Deposit Date</u>    |    <u>Deposit Amount</u>    |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                              | 0.00 |

Less Outstanding Checks (a):

| <u>Check Number</u> | <u>Check Date</u> | <u>Check Amount</u> |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                             | 0.00 |

Bank statement Adjustments:                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                               | $0.00 |

I. D SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 696,007.28 |
| Payroll Account: | |
| Tax Account: | |

*Other Accounts:

*Other Monies:

| **Petty Cash (from below): | 0.00 |
|---|---|

**TOTAL CASH AVAILABLE:**    696,007.28

## Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|  | N/A |  |

**TOTAL PETTY CASH TRANSACTIONS:**    0.00

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| GE Capital | Mo | 3,402.73 | | 61,249.14 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 61,249.14 |

III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

| | Gross Sales Subject to Sales Tax: | 47,905.17 |
|---|---|---|
| | Total Wages Paid: | 91,937.85 |

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | 3,146.47 | | |
| Real Property | | | |
| Other: | Page 11 of 16 | | |

TOTAL:  $146.47$    $0.00$

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 31,561.37 |  | 318,124.08 |
| 31 - 60 days | 945.60 |  | 119,890.33 |
| 61 - 90 days |  | 74,116.21 | 60,791.89 |
| 91 - 120 days |  | 25,831.11 |  |
| Over 120 days |  | 158,488.22 |  |
| TOTAL: | 32,506.97 | 258,435.54 | 498,806.30 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Zurich | $2 Million | 2/1/2012 | 3/31/2011 |
| Worker's Compensation | Zurich | $1 Million | 2/1/2012 | 3/31/2011 |
| Vehicle | Zurich | $1 Million | 2/1/2012 | 3/31/2011 |
| D&O | Chartis / Allied World | $10 Million | 6/30/2011 | 3/31/2011 |
| Others: Property | Zurich | $8.2 Million | 2/1/2012 | 3/31/2011 |
| Umbrella | Zurich | $10 Million | 2/1/2012 | 3/31/2011 |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2010 | 81,442.85 | 975.00 | 1-Feb-2011 | 975.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 975.00 |  | 975.00 | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT OR LOSS STATEMENT
(ACCRUAL BASIS ONLY)

*See attached consolidated statement*

UNAUDITED
**MMFX Technologies Corporation**
Consolidated U.S. Income Statement
For the Current Period Ended February, 2010
For the Cumulative Post-Petition Period December 14 to February 28, 2010

| | MMFX Steel | | Fasteel | | Corporate | | Consolidated | |
|---|---|---|---|---|---|---|---|---|
| | Current Month | Cumulative Post-Petition | Current Month | Cumulative Post-Petition | Current Month | Cumulative Post-Petition | Current Month | Cumulative Post-Petition |
| Sales Revenue: | | | | | | | | |
| Gross Sales/Revenue | 528,630.62 | 1,411,437 | - | - | - | - | 528,631 | 1,411,437 |
| Less: Returns/Discounts | - | (288) | - | - | - | - | - | (288) |
| **Net Sales/Revenue** | **528,631** | **1,411,150** | - | - | - | - | **528,631** | **1,411,150** |
| | | | | | | | | |
| Cost of Goods Sold | 63,300 | 323,240 | - | - | - | - | 63,300 | 323,240 |
| **Gross Profit** | **465,331** | **1,087,910** | - | - | - | - | **465,331** | **1,087,910** |
| Operating Expenses: | | | | | | | | |
| Payroll - Insiders | - | - | - | - | 65,911 | 202,501 | 65,911 | 202,501 |
| Payroll - Other Exmployees | 91,316 | 271,556 | - | 10,000 | 26,792 | 76,244 | 118,108 | 357,800 |
| Commissions | 8,641 | 41,095 | - | - | - | - | 8,641 | 41,095 |
| Relocation Expense | 826 | 826 | - | - | - | - | 826 | 826 |
| Payroll Taxes | 10,554 | 32,005 | - | 997 | 7,783 | 27,843 | 18,337 | 60,844 |
| Employee Benefits | 19,381 | 43,018 | 22 | 2,121 | 13,918 | 30,519 | 33,320 | 75,657 |
| Temporary Labor | 4,875 | 15,283 | - | - | 3,424 | 13,126 | 8,299 | 28,410 |
| Other Taxes | | | | | | | | |
| Depreciation and Amortization | 38,250 | 96,890 | 1,200 | 3,097 | 12,265 | 34,139 | 51,715 | 134,126 |
| Rent Expense - Real Property | 67,423 | 169,269 | 2,809 | 7,249 | 13,855 | 28,250 | 84,087 | 204,768 |
| Lease Expense - Personal Property | - | - | - | - | 653 | 2,610 | 653 | 2,610 |
| Equipment Rental | - | 2,102 | 50 | 150 | 1,341 | 2,507 | 1,391 | 4,759 |
| Software and Equipment Purchases | - | - | - | - | 915 | 2,699 | 915 | 2,699 |
| Insurance | 4,707 | 12,951 | 483 | 1,337 | (1,033) | (47,305) | 4,156 | (33,017) |
| Real Property Taxes | 688 | 1,775 | 101 | 260 | 143 | 368 | 931 | 2,403 |
| Telephone and Utilities | 12,422 | 31,573 | 273 | 1,113 | 2,730 | 8,007 | 15,426 | 40,693 |
| Repairs and Maintenance | 2,063 | 3,451 | - | - | 188 | 485 | 2,251 | 3,937 |
| Travel and Entertainment | 8,956 | 27,985 | - | - | 5,453 | 14,594 | 14,409 | 42,579 |
| Supplies | 8,489 | 17,656 | - | - | 1,444 | 4,246 | 9,933 | 21,902 |
| Postage and Freight | 11,202 | 20,638 | - | - | 646 | 1,523 | 11,848 | 22,161 |
| Janitorial | - | - | - | - | - | - | - | - |
| Security | 125 | 125 | - | 165 | - | - | 125 | 290 |
| IT Services | - | - | - | - | - | - | - | - |
| Dues & Subscriptions | - | 222 | - | - | 2,788 | 4,496 | 2,788 | 4,718 |
| Payroll and Banking Serivces | (130) | 1,282 | 15 | 30 | 599 | 950 | 484 | 2,262 |
| Other Professional Fees | 660 | 660 | - | - | (2,098) | (24,175) | (1,438) | (23,515) |
| Board Fees | - | - | - | - | - | - | - | - |
| Other Misc | 176 | 2,268 | - | 27 | 1,079 | 5,122 | 1,254 | 7,417 |
| Total Operating Expenses | 290,624 | 792,630 | 4,953 | 26,545 | 158,793 | 388,749 | 454,371 | 1,207,924 |
| **Net Gain / (Loss) from Operations** | **174,707** | **295,280** | **(4,953)** | **(26,545)** | **(158,793)** | **(388,749)** | **10,960** | **(120,014)** |
| Non-Operating Income: | | | | | | | | |
| Interest Income | - | - | - | - | - | - | - | - |
| Other Income | - | - | - | - | 101 | 164 | 101 | 164 |
| Total Non-Operating Income | - | - | - | - | 101 | 164 | 101 | 164 |
| | | | | | | | | |
| Non-Operating Expenses: | | | | | | | | |
| Interest Expense - cash | 452 | 9,093 | - | - | 3,146 | 5,174 | 3,597 | 14,266 |
| Legal / Accounting | 975 | 4,692 | 325 | 325 | 339,981 | 650,827 | 341,281 | 655,844 |
| Stock-based Compensation - non-cash | - | - | - | - | 24,015 | 71,205 | 24,015 | 71,205 |
| Other Expense | - | - | - | - | - | - | - | - |
| Total Non-Operating Expenses | 1,427 | 13,785 | 325 | 325 | 367,141 | 727,206 | 368,893 | 741,316 |
| Income Taxes | - | - | - | - | - | - | - | - |
| Taxes | - | - | - | - | - | - | - | - |
| **NET INCOME/ (LOSS)** | **173,280** | **281,495** | **(5,278)** | **(26,870)** | **(525,833)** | **(1,115,792)** | **(357,831)** | **(861,167)** |

(ACCRUAL BASIS ONLY)

*See attached consolidated statement*

X

UNAUDITED

# MMFX Technologies Corporation

Balance Sheet
For the Period Ended February 28, 2010

| ASSETS | Steel | Fasteel | Corporate | Eliminations | US Consolidated |
|---|---|---|---|---|---|
| **Current Assets** | | | | | |
| Cash | 696,507 | 135 | 12,980 | | 709,622 |
| Accounts receivable, net | 643,965 | - | - | | 643,965 |
| Accounts receivable, intercompany | - | - | 216,708 | (216,708) | - |
| Due from WFB | 3,500 | - | - | | 3,500 |
| Notes Receivable | - | - | 6,200 | | 6,200 |
| Inventory | 894,001 | - | - | | 894,001 |
| Prepaid Expense | 2,751 | 403 | 56,451 | | 59,605 |
| Prepaid Interest | 37,003 | - | - | | 37,003 |
| **Total Current Assets** | 2,277,727 | 538 | 292,339 | (216,708) | 2,353,896 |
| **Fixed Assets** | | | | | |
| Land, Building & Leasehold Impr. | 105,951 | - | 33,585 | | 139,536 |
| Computer Equipment & Software | 195,774 | 14,530 | 540,116 | | 750,420 |
| Furniture, Fixtures & Equip. | 105,373 | 143,944 | 203,453 | | 452,770 |
| Production Equip. & Vehicles | 3,075,009 | 28,032 | - | | 3,103,041 |
| Construction-in-Process | 71,343 | - | - | | 71,343 |
| Less Accumulated Depreciation | (2,111,107) | (160,855) | (731,368) | | (3,003,330) |
| **Total Fixed Assets** | 1,442,343 | 25,651 | 45,786 | - | 1,513,780 |
| **Other Assets** | | | | | |
| Investment In US subsidaries | - | - | 21,329,377 | (21,329,377) | - |
| Investment In UAE | - | - | 525,989 | 216,708 | 742,697 |
| Patents, net of amortization | - | - | 1,136,310 | | 1,136,310 |
| Other Intangibles | - | - | 33,659 | | 33,659 |
| Deposits - long term | 90,333 | 295 | 21,325 | | 111,953 |
| Cash on Deposit for Compensating Balance | | | - | | - |
| **Total Other Assets** | 90,333 | 295 | 23,046,660 | (21,112,669) | 2,024,619 |
| **TOTAL ASSETS** | 3,810,403 | 26,484 | 23,384,785 | (21,329,377) | 5,892,295 |
| **LIABILITIES** | | | | | |
| **Post Petition** | | | | | |
| Accounts Payable, post filing | 47,507 | 137 | 73,840 | | 121,484 |
| Accrued Interest | - | - | 2,903 | | 2,903 |
| Accrued Expenses | - | - | 599,529 | | 599,529 |
| DIP Finanicng | - | - | 390,000 | | 390,000 |
| **Total Postpetition Liabilitites** | 47,507 | 137 | 1,066,272 | - | 1,113,916 |
| **Pre Petition** | | | | | |
| Notes Payable - secured | 437,911 | - | 500,000 | | 937,911 |
| Accrued Interest - secured | - | - | 2,097 | | 2,097 |
| Accrued Taxes - priority | 62,917 | - | - | | 62,917 |
| Accounts Payable, pre filing unsecured | 637,859 | 4,883 | 308,801 | | 951,543 |
| Accrued Expenses - unsecured | 417,958 | - | 207,061 | | 625,019 |
| Accrued Interest - unsecured | - | - | 9,818,134 | | 9,818,134 |
| Notes Payable - unsecured | - | - | 52,820,808 | | 52,820,808 |
| Customer Deposits - unsecured | 1,196,563 | - | - | | 1,196,563 |
| **Total Prepetition Liabilitites** | 2,753,208 | 4,883 | 63,656,901 | - | 66,414,992 |
| Capital Leases - long term secured | 13,374 | - | - | | 13,374 |
| **Total Long Term Liabilities** | 13,374 | - | - | - | 13,374 |
| **TOTAL LIABILITIES** | 2,814,089 | 5,020 | 64,723,173 | - | 67,542,282 |
| **EQUITY** | | | | | |
| Pre-Petition Shareholder Equity | 17,301,982 | 3,845,223 | 68,521,052 | (21,147,205) | 68,521,052 |
| Post-Petition Shareholder Equity | 154,673 | 27,498 | 71,206 | (182,172) | 71,205 |
| Pre-Petition Retained Earnings (Loss) | (16,741,836) | (3,824,387) | (110,661,993) | | (131,228,216) |
| Post-petition Profit/(Loss) | 281,495 | (26,870) | (1,115,792) | | (861,167) |
| Other Comprehensive Income | | | 1,847,139 | | 1,847,139 |
| **Total Equity** | 996,314 | 21,464 | (41,338,388) | (21,329,377) | (61,649,987) |
| **TOTAL LIABILITIES & EQUITY** | 3,810,403 | 26,484 | 23,384,785 | (21,329,377) | 5,892,295 |

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | x |  |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | x |  |

3.  State what progress was made during the reporting period toward filing a plan of reorganization
The bankruptcy case is in its early stages. The Debtor obtained court approval of its "first day" motions, including securing interim Court approval of post-petition financing. The debtor recently prepared and filed its schedules of assets and liabilities and statement of financial affairs. The debtor continues to explore the options available to it to develop a plan in this case in conjunction with the cases of the other MMFX entities.

4.  Describe potential future developments which may have a significant impact on the case:
The debtor intends to retain an investment banker and possibly other professionals within the next 7 days, and it is anticipated that a process and game plan for this case will be shared with the court and parties in interest in the near future.

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | x |  |

I,  Mark Ashdown, CFO
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

3/14/2011
_____
Date

Page 16 of 16

_____
Principal for debtor-in-possession

# Choice IV Commercial Checking



Account number:  **8384620335**  ■  February 1, 2011 - February 28, 2011  ■  Page 1 of 1

MMFX STEEL CORP OF AMERICA
MANUFACTURING ACCOUNT
2415 CAMPUS DR STE 100
IRVINE CA 92612-8529

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Choice IV Commercial Checking

| Account number | Beginning balance | Total credits | Total debits | Closing balance |
|---|---|---|---|---|
| 8384620335 | $110,351.03 | $646.28 | -$110,997.31 | $0.00 |

## Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/02 | 646.28 | Client Analysis Srvc Chrg 110201 Rev Chge 1210 000008384620335 |
| | | **$646.28** | **Total electronic deposits/bank credits** |
| | | **$646.28** | **Total credits** |

## Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| 02/03 | 02/04 | 110,997.31 | Withdrawal Made In A Branch/Store |
| | 02/07 | 0.00 | Payoff Debit, Non-Interest Without Fee |
| | | **$110,997.31** | **Total electronic debits/bank debits** |
| | | **$110,997.31** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/31 | 110,351.03 | 02/04 | 0.00 | 02/07 | 0.00 |
| 02/02 | 110,997.31 | | | | |
| | Average daily ledger balance | **$7,905.29** | | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Choice IV Commercial Checking

**WELLS FARGO**

Account number:  **2859835320**  ■  February 1, 2011 - February 28, 2011  ■  Page 1 of 1

MMFX STEEL CORP OF AMERICA
COLLATERAL PROCEEDS TRUST ACCOUNT
2415 CAMPUS DR STE 100
IRVINE CA 92612-8529

### Questions?

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Choice IV Commercial Checking

| Account number | Beginning balance | Total credits | Total debits | Closing balance |
|---|---|---|---|---|
| 2859835320 | $84,957.52 | $0.00 | -$84,957.52 | $0.00 |

### Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| 02/03 | 02/04 | 84,957.52 | Withdrawal Made In A Branch/Store |
|  | 02/07 | 0.00 | Payoff Debit, Non-Interest Without Fee |
|  |  | **$84,957.52** | **Total electronic debits/bank debits** |
|  |  | **$84,957.52** | **Total debits** |

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/31 | 84,957.52 | 02/04 | 0.00 | 02/07 | 0.00 |
| **Average daily ledger balance** | **$6,068.39** | | | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Choice IV Commercial Checking

Account number:  **1329604837**  ■ February 1, 2011 - February 28, 2011  ■ Page 1 of 1



MMFX STEEL CORPORATION OF AMERICA
COLLATERAL PROCEEDS TRUST ACCOUNT
DEBTOR IN POSSESSION
CH. 11, CASE 10-27571,(CCA)
2415 CAMPUS DR STE 100
IRVINE CA 92612-8529

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A (114)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Choice IV Commercial Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1329604837 | $9,044.71 | $84,957.52 | -$14.23 | $93,988.00 |

## Credits

Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/03 | 84,957.52 | Deposit Made In A Branch/Store |
| | | **$84,957.52** | **Total electronic deposits/bank credits** |
| | | **$84,957.52** | **Total credits** |

## Debits

Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/11 | 14.23 | Client Analysis Srvc Chrg 110210 Svc Chge 0111 000001329604837 |
| | | **$14.23** | **Total electronic debits/bank debits** |
| | | **$14.23** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/31 | 9,044.71 | 02/03 | 94,002.23 | 02/11 | 93,988.00 |
| | Average daily ledger balance | | **$87,924.68** | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Choice IV Commercial Checking



Account number: **1329604803** ■ February 1, 2011 - February 28, 2011 ■ Page 1 of 4

MMFX STEEL CORP OF AMERICA
MMFX STEEL CORPORATION OF AMERICA
DEBTOR IN POSSESSION
CH. 11, CASE 10-27571,(CCA)
2415 CAMPUS DR STE 100
IRVINE CA 92612-8529

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### *Choice IV Commercial Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1329604803 | $263,206.24 | $1,019,864.68 | -$611,067.80 | $672,003.12 |

### Credits

#### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/02 | 10,000.00 ~ | Deposit |
| | 02/08 | 8,524.16 ~ | Deposit |
| | 02/14 | 15,632.10 ~ | Deposit |
| | 02/22 | 5,509.63 ~ | Deposit |
| | 02/25 | 4,821.05 ~ | Deposit |
| | 02/28 | 14,380.71 | Deposit |
| | | **$58,867.65** | **Total deposits** |

#### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/01 | 20,529.83 ~ | Deposit Made In A Branch/Store |
| | 02/02 | 269,000.00 ~ | WT Seq#58002 WF Recvables Fdng Gp-CO /Org=WFB Bus Credit Factoring Division Srf# Uw11020212463504 Trn#110202058002 Rfb# 000178157 |
| | 02/03 | 110,997.31 ~ | Deposit Made In A Branch/Store *Closed Account* |
| | 02/04 | 85,221.24 ~ | WT Seq#50355 Adelphia Metals I, LLC /Org=Adelphia Metals I, LLC Srf# IN11020411350669 Trn#110204050355 Rfb# 000000972 |
| | 02/09 | 175,193.90 ~ | WT Seq#59469 WF Recvables Fdng Gp-CO /Org=WFB Bus Credit Factoring Division Srf# Uw11020912355358 Trn#110209059469 Rfb# 000178744 |
| | 02/11 | 74,071.75 ~ | WT Seq#53185 Adelphia Metals I, LLC /Org=Adelphia Metals I, LLC Srf# IN11021111152625 Trn#110211053185 Rfb# 000000980 |
| | 02/11 | 45,463.72 ~ | Wfbc Factoring D Advance ACH Mmfx Steel Corp of Ame |
| | 02/16 | 56,102.88 ~ | Wfbc Factoring D Advance ACH Mmfx Steel Corp of Ame |
| | 02/24 | 12,394.03 ~ | Wfbc Factoring D Advance ACH Mmfx Steel Corp of Ame |

Account number:  **1329604803**  ■ February 1, 2011 - February 28, 2011  ■ Page 2 of 4



### Electronic deposits/bank credits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/25 | 109,610.75— | WT Seq#74739 Adelphia Metals I, LLC /Org=Adelphia Metals I, LLC Srf# IN11022511522999 Trn#110225074739 Rfb# 000001000 |
| | 02/25 | 2,411.62 ╲ | WT Fed#05939 Rbc Royal Bank Bah /Org=Ralphs Auto Parts Srf# 1892800056Js Trn#110225080334 Rfb# Swf of 11/02/25 |
| | | $960,997.03 | Total electronic deposits/bank credits |
| | | $1,019,864.68 | Total credits |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/01 | 850.00 | WT Fed#01558 Wachovia Bank /Ftr/Bnf=Atlantic Logistics, Inc. Srf# IN11013114115791 Trn#110131114194 Rfb# 000000683 |
| | 02/01 | 5,207.32 | Labor&Industries L&I ELF 110201 05458900-262063 Mmfx Steel Corporation J/M |
| | 02/02 | 26,131.39 | WT Fed#04435 Bank of America, N /Ftr/Bnf=Merrill Lynch Srf# IN11020115564220 Trn#110201097534 Rfb# 000000685 |
| | 02/02 | 10,413.29 | WT Seq#00473 Fidelity Workplace Svcs /Bnf=Fesco Srf# Weekly Payroll Trn#110202000473 Rfb# 000000686 |
| | 02/02 | 469.39 | Online Transfer Reimb Tch for Pay Advance to D Torres Ref #Bbebz53Jby |
| | 02/07 | 86.99 | Staples Echeck 110204 1344778531 Diaz |
| | 02/09 | 12,803.28 | WT Seq#36415 Fidelity Workplace Svcs /Bnf=Fesco Srf# Weekly Payroll Trn#110209036415 Rfb# 000000692 |
| | 02/09 | 1,267.00 | WT Fed#01242 Wachovia Bank /Ftr/Bnf=Atlantic Logistics, Inc. Srf# IN11020815525326 Trn#110208074687 Rfb# 000000690 |
| | 02/09 | 600.00 | WT Fed#01257 Wachovia Bank /Ftr/Bnf=Atlantic Logistics, Inc. Srf# IN11020815553132 Trn#110208074741 Rfb# 000000691 |
| | 02/10 | 174,940.06 | WT Fed#03607 Bank of America, N /Ftr/Bnf=Commercial Metals Company Srf# IN11021009455888 Trn#110210040126 Rfb# 000000694 |
| | 02/10 | 5,550.00 | WT Fed#01407 Sterling Savings B /Ftr/Bnf=Sherman Bros Heavy Trucking Srf# IN11020915175714 Trn#110209073867 Rfb# 000000693 |
| | 02/11 | 172.30 | Client Analysis Srvc Chrg 110210 Svc Chge 0111 000001329604803 |
| | 02/11 | 44,857.81 | WT Seq#63968 Fidelity Workplace Svcs /Bnf=Fesco Srf# Weekly Payroll Trn#110211063968 Rfb# 000000695 |
| | 02/15 | 61.25 | Harland Clarke Check/Acc. 021411 0073390075495 Mmfx Steel Corp of Ame |
| | 02/16 | 10,814.97 | WT Seq#89383 Fidelity Workplace Svcs /Bnf=Fesco Srf# Weekly Payroll Trn#110215089383 Rfb# 000000697 |
| | 02/17 | 550.00 | Check Crd Purchase 02/16 Concrete Reinforcing S 847-5171200 IL 425907xxxxxx5031 048140003214854 ?McC=8398 01 |
| | 02/18 | 0.01 | Nebraska Revenue Neb Epay 110217 Nb1Dor000758997 Lastfirst |
| | 02/22 | 25.00 | Check Card Rewards Original Fee |
| | 02/22 | 532.02 | Check Crd Purchase 02/21 Kleenair Products CO Clackamas OR 425907xxxxxx5031 053140002693257 ?McC=5046 01 |
| | 02/22 | 1,267.00 | WT Fed#09869 Wachovia Bank /Ftr/Bnf=Atlantic Logistics, Inc. Srf# IN11021714070590 Trn#110217076214 Rfb# 000000698 |

Account number:  **1329604803**  ■  February 1, 2011 - February 28, 2011  ■  Page 3 of 4



---

### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/22 | 850.00 | WT Fed#09875 Wachovia Bank /Ftr/Bnf=Atlantic Logistics, Inc. Srf# IN11021714122545 Trn#110217076890 Rfb# 000000699 |
| | 02/22 | 895.20 | Fla Dept Revenue C01 110218 000000013948503 Mmfx Steel Corp |
| | 02/23 | 8,278.33 | WT Seq#60504 Fidelity Workplace Svcs /Bnf=Fesco Srf# Weekly Payroll Trn#110223060504 Rfb# 000000701 |
| | 02/24 | 791.50 | Check Crd Purchase 02/23 Kleenair Products CO Clackamas OR 425907xxxxxx5031 055140003206950 ?McC=5046 01 |
| | 02/24 | 1,014.08 | Check Crd Purchase 02/23 Applied Systems AS 724-733-8700 PA 425907xxxxxx5031 055140001115235 ?McC=5045 01 |
| | 02/24 | 1,019.75 | Check Crd Purchase 02/23 Godaddy.Com 480-5058855 AZ 425907xxxxxx5031 055140001339892 ?McC=4816 01 |
| | 02/24 | 48,500.00 | Online Transfer Trasnfer to Cover Payroll Ref #Bbeqlgjrmwh |
| | 02/24 | 30,299.66 | WT Seq#77246 Fidelity Workplace Svcs /Bnf=Fesco Srf# Weekly Payroll Trn#110224077246 Rfb# 000000704 |
| | 02/24 | 4,200.00 | WT Fed#00125 Sterling Savings B /Ftr/Bnf=Sherman Bros Heavy Trucking Srf# IN11022318363349 Trn#110224001122 Rfb# 000000702 |
| | 02/24 | 3,000.00 | Online Transfer Transfer to Cover A/P Ref #Bbe2B3Zwpf |
| | 02/24 | 100.00 | WT Fed#00072 Wachovia Bank /Ftr/Bnf=Atlantic Logistics, Inc. Srf# IN11022410375261 Trn#110224053832 Rfb# 000000703 |
| | 02/25 | 35,000.00 | Online Transfer Transfer to Cover A/P Ref #Bbefwb74Gx |
| | 02/25 | 15,000.00 | Online Transfer Transfer to Cover Wire to Dubai Ref #Bbeqlgqpqs |
| | 02/28 | 125.87 | Deluxeforbusinss Busnesform 110226 3292071 Mmfx *Technologies |

**$445,673.47**    **Total electronic debits/bank debits**

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| | 21,498.00 | 02/08 | 6075 | 58.00 | 02/17 | 6101 | 3,402.73 | 02/14 |
| | 5,251.64 | 02/08 | 6076 | 2,154.00 | 02/07 | 6102 | 336.00 | 02/14 |
| | 1,277.74 | 02/15 | 6077 | 4,879.75 | 02/07 | 6105* | 2,102.37 | 02/14 |
| | 376.64 | 02/25 | 6078 | 1,618.50 | 02/10 | 6106 | 172.34 | 02/25 |
| 6045 | 820.80 | 02/01 | 6079 | 17.31 | 02/09 | 6107 | 420.00 | 02/22 |
| 6046 | 62.47 | 02/11 | 6080 | 8.33 | 02/08 | 6108 | 2,000.00 | 02/23 |
| 6047 | 76.87 | 02/02 | 6081 | 75.00 | 02/14 | 6109 | 34,454.68 | 02/24 |
| 6048 | 1,750.00 | 02/01 | 6082 | 250.00 | 02/10 | 6110 | 1,641.60 | 02/22 |
| 6052* | 27.02 | 02/03 | 6083 | 40.21 | 02/08 | 6112* | 5,224.47 | 02/24 |
| 6054* | 48.76 | 02/02 | 6085* | 1,132.97 | 02/09 | 6113 | 421.87 | 02/22 |
| 6055 | 21.02 | 02/07 | 6086 | 262.93 | 02/07 | 6114 | 4,946.83 | 02/23 |
| 6057* | 524.48 | 02/01 | 6087 | 324.96 | 02/09 | 6115 | 18.85 | 02/23 |
| 6063* | 442.96 | 02/09 | 6088 | 85.59 | 02/09 | 6116 | 108.00 | 02/23 |
| 6065* | 56.24 | 02/15 | 6090* | 94.08 | 02/09 | 6117 | 34.62 | 02/23 |
| 6066 | 25,000.00 | 02/01 | 6091 | 1,154.35 | 02/08 | 6118 | 89.54 | 02/24 |
| 6067 | 975.00 | 02/07 | 6092 | 19.43 | 02/08 | 6120* | 470.00 | 02/22 |
| 6069* | 1,000.00 | 02/10 | 6094* | 156.54 | 02/17 | 6121 | 661.58 | 02/22 |
| 6070 | 13,794.00 | 02/08 | 6095 | 534.94 | 02/14 | 6122 | 2,262.40 | 02/23 |
| 6071 | 125.01 | 02/08 | 6096 | 1,026.00 | 02/15 | 6123 | 1,130.16 | 02/24 |
| 6072 | 820.80 | 02/08 | 6098* | 4,782.50 | 02/15 | 6124 | 1,454.92 | 02/23 |
| 6073 | 85.17 | 02/11 | 6099 | 6,389.14 | 02/11 | 6125 | 890.44 | 02/25 |
| 6074 | 225.41 | 02/10 | 6100 | 14.32 | 02/16 | 6127* | 2,958.78 | 02/28 |

Account number:  1329604803  ■  February 1, 2011 - February 28, 2011  ■  Page 4 of 4



**Checks paid** *(continued)*

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|
| 6133˙ | 529.27 | 02/28 | 6137˙ | 324.00 | 02/28 | | | |
| | **$165,394.33** | | **Total checks paid** | | | | | |

˙ *Gap in check sequence.*

| | | | | |
|--|--|--|--|--|
| **$611,067.80** | | **Total debits** | | |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/31 | 263,206.24 | 02/09 | 803,493.75 | 02/18 | 734,364.73 |
| 02/01 | 249,583.47 | 02/10 | 619,909.78 | 02/22 | 732,690.09 |
| 02/02 | 491,443.77 | 02/11 | 687,878.36 | 02/23 | 713,586.14 |
| 02/03 | 602,414.06 | 02/14 | 697,059.42 | 02/24 | 596,156.33 |
| 02/04 | 687,635.30 | 02/15 | 689,855.69 | 02/25 | 661,560.33 |
| 02/07 | 679,255.61 | 02/16 | 735,129.28 | 02/28 | 672,003.12 |
| 02/08 | 645,068.00 | 02/17 | 734,364.74 | | |

| | | | |
|--|--|--|--|
| Average daily ledger balance | | $668,239.07 | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.