DACA 2010L, LP
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

3 of 3

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re: | ) Case No. 8:10-bk-10083-RK |
| | ) |
| | ) (Jointly Administered with Case No.: 10-10085; |
| MMFX CANADIAN HOLDINGS, INC., et al., | ) 10-27570; 10-27571; and 10-27572) |
| | ) CHAPTER 11 |
| | ) |
| Debtors | ) NOTICE OF TRANSFER OF CLAIM |
| | ) OTHER THAN FOR SECURITY AND |
| | ) WAIVER OF NOTICE |
| | Bankruptcy Rule 3001(e)(2) |

PLEASE TAKE NOTICE that the filed claim of WILKINSON STEEL COMPANY, INC ("Transferor") against the Debtor in the amount of $4,469.70 (Claim No. 8), as listed within the Claims Register, and all other claims of Transferor have been transferred and assigned other than for security to DACA 2010L, LP ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than $4,469.70 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to DACA any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
WILKINSON STEEL COMPANY, INC
PO BOX 11916 JACKSONVILLE FL 32239

Print Name  WILKINSON STEEL CO, INC.   Title  PRESIDENT/OWNER

Signature _____ Pres/Owner    Date _____

Updated Address (if needed)  105 CUELLO CT UNIT 102
                             PONTE VEDRA BCH, FL 32082

Phone  904-280-7555   Fax _____   E-Mail  hwilkinson@comcast.net

Federal Tax Identification / Social Security Number:  59-2023590

TRANSFEREE:
DACA 2010L, LP
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _____
              Andrew Whatnall

2599574

3